IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL J. MORROW,<br><br>    Petitioner,<br><br>  v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent.<br>_____/ | No. C 11-06308 CW (PR)<br><br>ORDER GRANTING PETITIONER LEAVE TO FILE TRAVERSE IN EXCESS OF TWENTY-FIVE PAGES<br><br>(Docket no. 9) |

    GOOD CAUSE APPEARING, Petitioner's request to file a traverse in excess of twenty-five pages is GRANTED.

    The traverse having been filed, the petition is deemed submitted for the Court's review.

    This Order terminates Docket no. 9.

    IT IS SO ORDERED.

Dated: July 09, 2012

                                          CLAUDIA WILKEN<br>                                          UNITED STATES DISTRICT JUDGE