IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL J. MORROW, | No. C 11-06308 CW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER LEAVE TO FILE TRAVERSE IN EXCESS OF TWENTY-FIVE PAGES |
| v. | |
| GARY SWARTHOUT, Warden, | (Docket no. 9) |
| Respondent. | |

GOOD CAUSE APPEARING, Petitioner's request to file a traverse in excess of twenty-five pages is GRANTED.

The traverse having been filed, the petition is deemed submitted for the Court's review.

This Order terminates Docket no. 9.

IT IS SO ORDERED.

Dated:  July 09, 2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California